**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN PERKINS, | ) | |
| | ) | Case No. 1:23-cv-00080 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FIRST AMENDED COMPLAINT** |
| | ) | |
| MANDARICH LAW GROUP, LLP, | ) | |
| | ) | **JURY DEMANDED** |
| Defendant. | ) | |

Now comes the Plaintiff, STEVEN PERKINS ("Plaintiff"), by and through his attorneys, and for his First Amended Complaint against the Defendant, MANDARICH LAW GROUP, LLP ("Defendant"), Plaintiff alleges and states as follows:

**PRELIMINARY STATEMENT**

1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337, and 15 U.S.C. § 1692k(d).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant is located in and resides in this District, and because Defendant is subject to the Court's personal jurisdiction in this District.

**PARTIES**

4. Plaintiff is an individual who was at all relevant times residing in Houston, Texas.

5. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3), as he is a natural person allegedly obligated to pay a debt.

6. At all relevant times, Defendant acted as a "debt collector" within the meaning of 15 U.S.C. § 1692a(6), in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

7. The aforementioned alleged debt is a "debt" within the meaning of 15 U.S.C. § 1692a(5), in that it is an alleged obligations of a consumer to pay money arising out of a transaction in which the money, property, insurance, and/or services which are the subject of the transaction was primarily for personal, family, and/or household purposes.

8. On information and belief, Defendant is a limited liability partnership of the State of Illinois which maintains its principal place of business in Chicago, Illinois.

**FACTS COMMON TO ALL COUNTS**

9. On or about January 12, 2022, Defendant filed a lawsuit against Plaintiff in DuPage County, Illinois on behalf of JPMorgan Chase Bank, N.A. ("Chase"), case number 22AR000063.

10. Defendant's lawsuit arose out of a consumer debt that Plaintiff allegedly incurred with Chase.

11. Plaintiff did not reside in DuPage County, Illinois at the time the aforementioned lawsuit was filed. At that time, Plaintiff resided in Houston, Texas.

12. The aforementioned lawsuit was not filed to enforce an interest in real property secured by Plaintiff's alleged obligation, nor was it based upon the existence of a written contract.

13. In its attempts to collect the alleged debt as outlined above, Defendant damaged Plaintiff and violated the FDCPA.

14. As a result of Defendant's actions as outlined above, Plaintiff has suffered and continues to suffer stress, aggravation, frustration, emotional distress, and mental anguish.

15. Due to time he had to spend corresponding with attorneys and preparing to defend

himself against Defendant's legal action, Plaintiff also lost hours of productivity in his job, for which his pay is determined by the commissions he earns from sales.

16. The time that Plaintiff spent preparing to defend himself against Defendant's wrongful legal action cost him an unknown sum in commissions.

17. Plaintiff further suffered concrete harm the moment that Defendant filed the action. Defendant's legal filings were accessible to the public, thus subjecting Plaintiff to reputational harm.

## COUNT I

18. Plaintiff incorporates all of the allegations and statements in paragraphs 1 through 17 above as if reiterated herein.

19. Defendant violated 15 U.S.C. § 1692f by using an unfair or unconscionable means to attempt to collect the alleged debt.

## COUNT II

20. Plaintiff incorporates all of the allegations and statements in paragraphs 1 through 17 above as if reiterated herein.

21. Defendant violated 15 U.S.C. § 1692i(a)(2) by bringing a legal action against Plaintiff in a judicial district other than where Plaintiff resided at the commencement of the action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

    a. Judgment against Defendant for Plaintiff's actual damages suffered as a direct and proximate result of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(1);

3

    b.      Judgment against Defendant for $1,000 in statutory damages for each of Defendant's violations of the FDCPA, pursuant to 15 U.S.C. §1692k(a)(2)(A);

    c.      Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d.      Any other legal and/or equitable relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

RESPECTFULLY SUBMITTED,

STEVEN PERKINS

By:    /s/ David B. Levin
          Attorney for Plaintiff
          Law Offices of Todd M. Friedman, P.C.
          707 Skokie Blvd., Suite 600
          Northbrook, Illinois 60062
          Phone: (224) 218-0882
          Fax: (866) 633-0228
          dlevin@toddflaw.com

## **CERTIFICATE OF SERVICE**

      I, David B. Levin, attorney for the Plaintiff herein, certify that on March 31, 2023, a copy of the foregoing First Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt.

                                            /s/ David B. Levin
                                            Attorney for Plaintiff